# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                                  Plaintiff,<br><br>v.<br><br>SIEMENS LOGISTICS, LLC, et. al,<br><br>                                  Defendants. | Case No.: 21-CV-188 W (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE [DOC. 8]** |
|---|---|

   Pending before the Court is a joint motion to dismiss the complaint without prejudice pursuant to FRCP 41(a)(1)(A)(ii).  Good cause appearing, the motion is **GRANTED** and the case dismissed without prejudice.  [Doc. 8.]  Per the terms of the agreement, each party to bear their own costs and fees.

   **IT IS SO ORDERED.**

Dated:  March 18, 2021

_____
Hon. Thomas J. Whelan
United States District Judge

1